In the United States District Court
for the Western District of Pennsylvania

---------------------------------X

Hector A. Borrero
~~Plaintiff,~~

v.

Steven R. Glunt, et al.,

Defendants

---------------------------------X

Civil Action

N°

3:12-cv-00153
KRG-MPK

## Motion for leave to file an Amended Complaint

Plaintiff Hector A. Borrero, Pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an Amended Complaint, to give more expecifics and add Exhibits, in order for the Honorable Court to reach a better and sound Judment.

1. Plaintiff recognize that he did Not Explain the fact on his Complaint as he should. Because the time line for the (2) two years deadline was Approching; Therefore the Original Complaint is Faulty.

2. Therefore, I Respectfully ask this Honorable Court for a grant leave freely to Amend a Complaint. Forman V. Davis, 371 U.S. 178, 182 (1962)

Executed on: September 05, 2012
SCI Houtzdale, PA 16698


Respectfully Submitted,

*(signature)*

Hector A. Borrero
JB-2013, SCI Houtzdale
Box-1000
Houtzdale, PA 16698


cc: file

In the United States District Court
for the Western District of Pennsylvania

Hector A. Borrero
   Plaintiff,
V.

Steven R. Glunt, et al.,
   Defendants

Civil Action
N°
3:12-CV-00153
KRG-MPK

RECEIVED
SEP 27 2012
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## Certificate of Service

The Undersigned hereby certifies that a original and one (1) copy of a Motion to Amend Complaint was served upon the person in the manner indicated below:

   Service by First-Class mail
   addressed as follow:

Hon. United States Clerk of Court
Pen. Traffic Building
Rm. 208 - 319 Washington Street
Johnstown, PA  15901

Dated. September 25 2012

Hector A. Borrero
JB-2013, P.Box 1000
Houtzdale, PA  16698